**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff, MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GARCIAS MINI MARKET CARNICERIA, LLC; GILBERTO LORENZANA VALDIVIA; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 5:24-cv-00569-SSS (SHKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MISTER BAILEY ("Plaintiff") and Defendant GILBERTO LORENZANA VALDIVIA stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: October 9, 2024     SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: October 9, 2024     DOYLE SCHAFER McMAHON, LLP

By: */s/ Daniel Doyle*
Daniel Doyle, Counsel for Defendant
GILBERTO LORENZANA VALDIVIA

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 9, 2024     By: */s/ Jason J. Kim*
Jason J. Kim